240 F.3d 845 (9th Cir. 2001)
 DONNELL JEFFERS, Plaintiff-Appellee,
v.
JAMES GOMEZ, Director, California Department of Corrections; THEO WHITE, Warden, California State Prison at Sacramento; SAM BESS, Correctional Officer at California State Prison at Sacramento; MARGARET YERBY, Correctional Officer at California State Prison at Sacramento, Defendants-Appellants.
 Nos. 99-15867 99-15868 99-15869 and 99-15870
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Argued and Submitted September 14, 2000
Filed February 20, 2001
 
 1
 NOTE: SEE AMENDED OPINION AT 267 F.3d 895.